1 | Elliot Gale (State Bar No. 263326)
  | egale@sagarialaw.com
2 | Joe Angelo (State Bar No. 268542)
  | jangelo@sagarialaw.com
3 | SAGARIA LAW, P.C.
  | 3017 Douglas Blvd., Ste. 200
4 | Roseville, California 95661
  | Telephone: (408) 279-2288
5 | Facsimile: (408) 279-2299

6 | Attorneys for Plaintiff
  | Amy Gutierrez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| AMY GUTIERREZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>U.S. BANK, N.A.,<br><br>  Defendant. | Case No.: 2:18-cv-00583-MCE-CKD<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT U.S. BANK, N.A.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Amy Gutierrez and defendant U. S. Bank, N.A., that U.S. Bank, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  December 5, 2018          **SAGARIA LAW, P.C.**

By:      */s/ Elliot W. Gale*
Elliot W. Gale
Attorneys for Plaintiff
Amy Gutierrez

DATED:  December 5, 2018          **FAEGRE BAKER DANIELS, LLP**

By:      */s/ Amanda Semaan*
Amanda Semaan
Attorneys for Defendant
U.S. Bank, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Amanda Semaan has concurred in this filing.

*/s/ Elliot Gale*